# EX PARTE TRACY, PETITIONER.

MOTION FOR LEAVE TO RENEW APPLICATION FOR WRIT OF
HABEAS CORPUS IN THE DISTRICT COURT OF THE UNITED
STATES FOR THE DISTRICT OF COLORADO.

No. ——, Original.   Motion submitted April 21, 1919.—Decided
April 28, 1919.

Where this court denies leave to file a petition for *habeas corpus*, be-
cause of the competency of other courts to afford the relief sought,
a motion for leave to apply for the writ to the District Court will
be denied as superfluous.

Motion denied.

The case is stated in the opinion. (See also *post*, 588.)

*Mr. C. M. Oneill* for petitioner.

PER CURIAM:

For the purpose of redressing assumed violations of
the Constitution and laws of the United States by means
of *habeas corpus*, the jurisdiction of other competent
courts to afford relief may not be passed by and the original
jurisdiction of this court be invoked, in the absence of
exceptional conditions justifying such course. *Matters* v.
*Ryan, ante,* 375.

When leave to file the petition for *habeas corpus* was
previously denied, without a suggestion as to the exist-
ence of any exceptional condition which would have
justified a contrary view, such refusal presumably was
based on the existence of the right to seek, if desired,
other and appropriate sources of relief. From this it
follows that although we pass the application of the doc-
trine, that the refusal of *habeas corpus* is not the thing
adjudged precluding a subsequent granting of such writ

upon the same facts, nevertheless there is here no reason to grant the order prayed, since the previous order rested upon the right and duty to petition for relief, if *habeas corpus* was desired, to other and appropriate sources of judicial power.

No reason, therefore, exists for granting the motion and to avoid any implication of a necessity which does not obtain, the motion is

*Denied.*